UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY M. CRESSWELL, 1651 Fuller St. NW #2, Washington, 20009<br><br>    Plaintiff,<br>v.<br><br>THE HERSHEY COMPANY, 100 Crystal A. Dr., Hershey, PA 17033; MARS, INCORPORATED, 6885 Elm St., McLean VA 22101; MARS NORTH AMERICA, 800 High Street, Hackettstown, New Jersey; MARS SNACKFOODS U.S. LLC, 800 High Street, Hackettstown, New Jersey 07840; NESTLÉ USA, INC., 800 North Brand Boulevard, Glendale, California 91203; CADBURY ADAMS USA LLC, 389 Interpace Parkway, Suite 1, Parsippany, New Jersey, 07054<br><br>    Defendants. | Case No. 1:08-cv-01079-RMC<br>     Judge Collyer |

**MOTION AND STIPULATION RE RESPONSE TO COMPLAINT**

Defendants, Mars, Incorporated, Mars Snackfoods U.S. LLC and Mars North America, by and through counsel of record, hereby submit this Stipulation Re Response To Petition.

WHEREAS Plaintiff filed a Complaint in Superior Court of the District of Columbia on May 23, 2008;

WHEREAS Defendants Mars, Incorporated, Mars Snackfoods U.S. LLC, Mars North America, Cadbury Adams USA LLC, and The Hershey Company ("Chocolate Companies") filed a Notice of Removal to Federal Court in the above-captioned case on or about June 23, 2008;

WHEREAS Plaintiff alleges price fixing of chocolate;

WHEREAS over seventy-five complaints have been consolidated and transferred by the Judicial Panel on Multidistrict Litigation for pre-trial proceedings in the Middle District of Pennsylvania under the case, *In re Chocolate Confectionary Antitrust Litigation*, 1:08-MDL-01935-CCC;

WHEREAS Plaintiff consents to the transfer of this case for pre-trial proceedings in the Middle District of Pennsylvania;

WHEREAS on June 25, 2008, Defendants notified the Judicial Panel on Multidistrict Litigation that this case is related to the MDL proceedings in the Middle District of Pennsylvania and is therefore a tag along case;

WHEREAS the parties expect that the Judicial Panel on Multidistrict Litigation will issue a Conditional Transfer Order in due course and the case will be transferred to the Middle District of Pennsylvania for pre-trial proceedings;

WHEREAS no prior extensions have been granted; and

THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.     The deadline for the Chocolate Companies and defendant Nestlé USA, Inc. (collectively, "Defendants") to answer, move, or otherwise respond to Plaintiff's complaint shall be stayed pending consolidation and transfer of this case to the Middle District of Pennsylvania for pre-trial proceedings.

2.     The defense counsel identified below shall accept service of the complaint filed in this case, including any amended or consolidated complaint, on behalf of the domestic entities that they represent. Defendants shall not contest the sufficiency of process or service of process; provided, however, that by entering into this Stipulation no Defendant waives any other defense,

including but not limited to the defense of lack of personal or subject matter jurisdiction, improper venue, or service of an improper entity.

3.  The Plaintiff will not seek discovery of any Defendant pending this case being consolidated and transferred to the Middle District of Pennsylvania for pre-trial proceedings.

4.  This extension is available, without further stipulation with counsel for Plaintiff, to all named Defendants.

IT IS SO STIPULATED.

Based on the above Stipulation, Plaintiff and the Defendants request that the Court enter the attached proposed order.

Dated: July 2, 2008                    By:    /s/ Stefan M. Meisner
                                              Stefan M. Meisner (DC 467886)
                                              Nicole L. Castle (DC 978707)
                                              McDERMOTT WILL & EMERY LLP
                                              600 Thirteenth Street, NW
                                              Washington, DC 20005
                                              Tel: (202) 756-8000
                                              Fax: (202) 756-8087
                                              Email: smeisner@mwe.com
                                                     ncastle@mwe.com

                                              David Marx, Jr. (IL 6194003)
                                              McDERMOTT WILL & EMERY LLP
                                              227 W. Monroe Street, Suite 440
                                              Chicago, IL 60606
                                              Tel: (312) 984-7668
                                              Fax: (312) 984-7700
                                              Email: dmarx@mwe.com

                                              *Counsel for Mars, Incorporated, Mars North America, and Mars Snackfoods US LLC*

By: /s/ Jonathan D. Brightbill, with permission
Thomas D. Yannucci, P.C. (DC 358989)
Craig S. Primis, P.C. (DC 454796)
Jonathan D. Brightbill (DC 483956)
Jennifer W. Cowen (DC 974412)
KIRKLAND & ELLIS LLP
655 15th Street N.W.
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
Email: tyannucci@kirkland.com
jbrightbill@kirkland.com
cprimis@kirkland.com
jcowen@kirkland.com

*Counsel for The Hershey Company*

By: /s/ Thomas M. Mueller, with permission
Dennis P. Orr (DC 449305)
Thomas M. Mueller (DC 434459)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 468-8161
Fax: (212) 468-7900
Email: dorr@mofo.com
tmueller@mofo.com

*Counsel for Cadbury Adams USA LLC*

By: /s/ Christina Sarchio, with permission
Christina Sarchio (DC 456254)
HOWREY, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-6517
Fax: (202) 383-6610
Email: sarchiochristina@howrey.com

*Counsel for Nestlé USA, Inc.*

By: /s/ Stuart M. Paynter, with permission
Stuart M. Paynter (DC 486616)
THE PAYNTER LAW FIRM PLLC
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
Tel: (202) 626-4486
Fax: (866) 734-0622
Email: stuart @smplegal.com

Michael Weitzner (DC 472505)
LAW OFFICE OF MICHAEL WEITZNER
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 265-4900
Fax: (202) 220-9601
Email: mweitzner@weitznerlaw.com

*Counsel for Wendy M. Cresswell*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WENDY M. CRESSWELL, 1651 Fuller St. NW #2, Washington, 20009 )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE HERSHEY COMPANY, 100 Crystal A. Dr., )<br>Hershey, PA 17033; MARS, INCORPORATED, )<br>6885 Elm St., McLean VA 22101; MARS NORTH )<br>AMERICA, 800 High Street, Hackettstown, New )<br>Jersey; MARS SNACKFOODS U.S. LLC, 800 )<br>High Street, Hackettstown, New Jersey 07840; )<br>NESTLÉ USA, INC., 800 North Brand Boulevard, )<br>Glendale, California 91203; CADBURY ADAMS )<br>USA LLC, 389 Interpace Parkway, Suite 1, )<br>Parsippany, New Jersey, 07054 )<br>)<br>Defendants. )<br>) | Case No.     1:08-cv-01079-RMC<br>Judge Collyer |

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION ATTACHED HERETO, IT IS SO ORDERED.

Dated: _____          _____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2008, I electronically filed the foregoing Motion and Stipulation Re Response to Complaint with the Clerk of Court using the CM/ECF system which will send the notification of such filing to all counsel of record.


Dated:  July 2, 2008                               /s/ Stefan M. Meisner
                                                     Stefan M. Meisner
                                                    *Counsel for Mars, Inc., Mars North America*
                                                    *and Mars Snackfoods U.S. LLC*

WDC99 1585107-1.002227.0102