UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY M. CRESSWELL, 1651 Fuller St. NW #2, Washington, 20009 <br><br> Plaintiff, <br><br> v. <br><br> THE HERSHEY COMPANY, 100 Crystal A. Dr., Hershey, PA 17033; MARS, INCORPORATED, 6885 Elm St., McLean VA 22101; MARS NORTH AMERICA, 800 High Street, Hackettstown, New Jersey; MARS SNACKFOODS U.S. LLC, 800 High Street, Hackettstown, New Jersey 07840; NESTLÉ USA, INC., 800 North Brand Boulevard, Glendale, California 91203; CADBURY ADAMS USA LLC, 389 Interpace Parkway, Suite 1, Parsippany, New Jersey, 07054 <br><br> Defendants. | Case No.    1:08-cv-01079-RMC <br> Judge Collyer |

## PROPOSED ORDER

PURSUANT TO THE STIPULATION ATTACHED HERETO, IT IS SO ORDERED.

*The parties shall file a joint status report, if transfer to the MDL is not finalized by 9/30/08, no later than 10/2/08.*

Dated: *16 July 2008*                        *Rosemary M. Collyer*