

**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983**

(717) 221-3920 FAX (717) 221-3959
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Scranton: (570) 207-5600
Williamsport: (570) 323-6380

August 12, 2008

Nancy Mayer-Whittington
U.S.D.C. for the District of Columbia
333 Constitution Avenue, N.W.
Washingtonq, DC 20001

**RE: MDL No. 1935 - IN RE: Chocolate Confectionary Antitrust Litigation
PA Middle District Master Case NO. 1:08-MDL-1935**

Transfer of Civil Cases

Wendy M. Cresswell vs. The Hershey Co., et al.

| Dist. Case # | MDPA Case # |
|---|---|
| 1:CV-08-1079 RMC | 1:CV-08-1516 |

Dear Ms. Mayer-Whittington:

Attached is a certified copy of a Transfer Order of the Judicial Panel on Multidistrict Litigation filed in the Middle District of Pennsylvania on August 11, 2008, directing the transfer of the above referenced civil action(s) to the Middle District of Pennsylvania pursuant to 28 U.S.C. Section 1407. This matter has been assigned to the Honorable Christopher C. Conner, District Judge, Middle District of Pennsylvania.

We would prefer to receive your file electronically thru the CM/ECF civil case transfer functionality. Simply use **Extract Civil Case**, add your case number and at the **To Court** prompt, choose **Pennsylvania Middle**. If your court does not utilize the CM/ECF transfer functionality please contact out MDL Clerk, Jill Cardile, at the following e-mail address and the documents will be retrieved using the courts PACER account:

jill_cardile@pamd.uscourts.gov

If you have any questions, please call Jill Cardile at (717) 221-3928 or, Pete Welsh at (717) 221-3940.

Sincerely,

MARY E. D'ANDREA, CLERK

*Jill Cardile*
Deputy Clerk